**Leroy JONES, Petitioner–Appellant,**

v.

**Victor HERBERT, Respondent–
Appellee.**

**No. 06–0572–pr.**

United States Court of Appeals,
Second Circuit.

Dec. 15, 2006.

Mark S. DeMarco, Bronx, NY, for Petitioner–Appellant.

Joyce Slevin, Assistant District Attorney (Leonard Joblove, Jane S. Myers, Assistant District Attorneys, of counsel, Charles J. Hynes, District Attorney, King's County) Brooklyn, NY, for Respondent–Appellee.

PRESENT: Hon. RICHARD J. CARDAMONE, Hon. CHESTER J. STRAUB, Circuit Judges, Hon. JOHN G. KOELTL,[1] District Judge.

**SUMMARY ORDER**

Petitioner–Appellant Leroy Jones appeals from a judgment of the United States District Court for the Eastern District of New York (Jack B. Weinstein, *Judge*), denying his petition for a writ of habeas corpus. In its order, the District Court granted a certificate of appealability on the issue of whether Jones should have been permitted to proceed *pro se* at his trial. We assume the parties' familiarity with the underlying facts and procedural history.

We affirm substantially for the reasons stated in the opinion of the District Court. Because we affirm the denial of Jones' claim on the merits, we need not consider respondent's argument that Jones' claim is procedurally barred. 22 U.S.C. § 2254(b)(2); *see also Greiner v. Wells,* 417 F.3d 305, 317 n. 14 (2d Cir.2005).

For the foregoing reasons, the judgment of the District Court is hereby AFFIRMED.

---

1. The Honorable John G. Koeltl, District Judge for the Southern District of New York, sitting by designation.